NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RALPH DEPONTE, SR.,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7080

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4136, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

Ralph DePonte, Sr. moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Ralph DePonte, Sr.
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR U 1 2012

JAN HORBALY
CLERK